**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:
ANTHONY F CUTAIA,

Case No.      07-15746 PGH
(Chapter 7)

_____Debtor  /

### TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate.

Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on November 18, 2009.  If checks are

not cashed within 90 days by the creditors all remaining funds will be turned over to the

clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local

Rule 311.

/s/ DEBORAH C. MENOTTE, TRUSTEE
**DEBORAH C. MENOTTE, TRUSTEE**
**P. O. Box 211087**
**West Palm Beach, FL 33421**
**Telephone:  561-795-9640**
**Email:  dmenotte@gmail.com**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail
notice/service for this case.

- Thomas L Abrams     tabrams@tabramslaw.com, lmillspaugh@tabramslaw.com

- Gregg S Ahrens     gxa@adorno.com,
  ixa@adorno.com;mxr@adorno.com;bsoler@adorno.com;sbeasley@adorno.com

- Patti H Bass     ecf@bass-associates.com

- Brett A. Elam     belam@brettelamlaw.com

- Deborah Menotte     menottetrustee@gmail.com, FL43@ecfcbis.com

- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov

- Jordan L Rappaport     rappaport@kennethrappaportlawoffice.com

- Kenneth B Robinson     krobinson.ecf@rprslaw.com

- Ariel Rodriguez     ariel.rodriguez@usdoj.gov

- Zana Michelle Scarlett     Zana.M.Scarlett@usdoj.gov

- George L Sigalos     info@3slaw.com, lcrews@3slaw.com

- Scott R. Weiss     scott.weiss@marshallwatson.com, Jairo.Garcia@marshallwatson.com

Printed: 11/18/09 10:10 AM

# Claims Distribution Register

Page: 1

## Case: 07-15746   CUTAIA, ANTHONY F

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---------|------|-----|--------------------------------------|-------------:|---------------:|-------------:|--------------:|-----------------:|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 07/24/07 | 200 | RICE PUGATCH ROBINSON & SCHILLER, P.A. 101 NE THIRD AVENUE, SUITE 1800 FORT LAUDERDALE, FL 33301 <3210-00  Attorney for Trustee Fees (Other Firm)> | 74,950.00 | 66,125.20 | 65,571.03 | 554.17 | 0.00 |
| | 07/24/07 | 200 | RICE PUGATCH ROBINSON & SCHILLER, P.A. 101 NE THIRD AVENUE, SUITE 1800 FORT LAUDERDALE, FL 33301 <3220-00  Attorney for Trustee Expenses (Other Firm)> | 3,640.62 | 3,640.62 | 3,610.11 | 30.51 | 0.00 |
| | 07/24/07 | 200 | DEBORAH C. MENOTTE, TRUSTEE P. O. BOX 211087 WEST PALM BEACH, FL 33421 <2200-00  Trustee Expenses> | 125.33 | 125.33 | 124.28 | 1.05 | 0.00 |
| | 07/24/07 | 200 | DEBORAH C. MENOTTE, TRUSTEE P. O. BOX 211087 WEST PALM BEACH, FL 33421 <2100-00  Trustee Compensation> | 7,065.21 | 7,065.21 | 7,006.00 | 59.21 | 0.00 |
| | | | **Total for Priority 200:    99.16194% Paid** | **$85,781.16** | **$76,956.36** | **$76,311.42** | **$644.94** | **$0.00** |
| | | | **Total for Admin Ch. 7 Claims:** | **$85,781.16** | **$76,956.36** | **$76,311.42** | **$644.94** | **$0.00** |
| | | | **Total for Case :** | **$85,781.16** | **$76,956.36** | **$76,311.42** | **$644.94** | **$0.00** |